UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 18 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DISTRICT

EQUAL EMPLOYMENT                       §
OPPORTUNITY COMMISSION,                §
                                       §
                                       §
          Plaintiff,                   §
                                       §       CIVIL ACTION NO.  H-99-1623
                                       §
VS.                                    §
                                       §
FRANK GILLMAN PONTIAC, CO., and        §
GILLMAN, INC.                          §
                                       §
          Defendants.                  §
_____§

## CONSENT DECREE

The Plaintiff, Equal Employment Opportunity Commission (the "Commission"), alleges in

this suit that Defendants, Frank Gillman Pontiac, Co. and Gillman, Inc. as successor in interest,

discharged Daniel Estrada and Samuel Reece from their positions as painters on September 24, 1994

because of their national origin, Hispanic, in violation of Title VII of the Civil Rights Act of 1964,

as amended ("Title VII").

Defendants deny and continue to deny the Commission's allegations of national origin

discrimination and that Frank Gillman Pontiac Co., and Gillman, Inc. constitute an integrated

enterprise.

The parties have reached a compromise and wish to avoid the expenses of continued

litigation.

The parties stipulate to the jurisdiction of the Court and waive a hearing and the entry of

findings of fact and conclusions of law.

22

IT IS THEREFORE ORDERED:

1.      This Consent Decree is entered in full and complete settlement of any and all claims arising out of or contained in EEOC Charge Nos. 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, 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 and Civil Action No. H-99-1623.  The monetary award and other agreements herein are made in full and final settlement of all claims asserted by the Commission on behalf of Daniel Estrada and Samuel Reece in Civil Action No. H-99-1623.

2.      Defendants agree to abide by the provisions of Title VII with respect to national origin.

3.      Defendants agree that they shall not discriminate or retaliate in any manner against any individual because he or she has made a charge, testified, assisted, or participated in any manner in the investigation by the Commission or court proceeding in connection with this case.

4.      Defendants agree to pay Daniel Estrada $3,000. This payment will be made within ten (10) days from the entry of this Consent Decree. A copy of the check will be mailed to the Commission within ten (10) days from the entry of this Consent Decree at the following address: Attention Rudy Sustaita, EEOC, 1919 Smith Street, 7th Floor, Houston, Texas 77002.

5.      Defendants agree to pay Samuel Estrada $3,000. This payment will be made within ten (10) days from the entry of this Consent Decree. A copy of the check will be mailed to the Commission within ten (10) days from the entry of this Consent Decree at the following address: Attention Rudy Sustaita, EEOC, 1919 Smith Street, 7th Floor, Houston, Texas 77002.

6.      Defendants in response to job reference inquiries agree to provide prospective employers of Daniel Estrada and Samuel Reece with their usual and ordinary reference, which

2

confirms employment and provides job position held and dates of employment.  In providing oral or written job references, Defendants shall not provide any information regarding their charges of discrimination or this lawsuit

7.      Defendants agree to segregate all documents related to Daniel Estrada's and Samuel Reece's charges of discrimination and the Commission's lawsuit in a separate confidential folder. These documents shall not be a part of either Mr. Estrada's or Mr. Reece's personnel files.

8.      Defendant agrees to post, in a public areas of its facilities, a notice of nondiscrimination. The notice is attached as Exhibit "A."

9.      The parties shall bear their own costs and attorney's fees.

10.     This Decree shall remain in effect for one year from the date of signing.  During that year, the Court shall retain jurisdiction to assure compliance with this Decree.


Signed on this ___17th___ day of __July__ 2000 at Houston, Texas.



_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE


3



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Houston District Office

1919 Smith St, 7th Floor
Houston, TX 77002-8049
PH: (713) 209-3320
TDD: (713) 209-3439
FAX: (713) 209-3381
LEGAL: (713) 209-3401

## NOTICE OF NON-DISCRIMINATION

(1)  With respect to hiring, compensation, discharge, or any terms, conditions, or privileges of employment, Federal law requires that employers must not discriminate against employees or applicants for employment because of an individual's sex, religion, race, color, national origin, age or disability.

(2)  Frank Gillman Pontiac, Co. and Gillman, Inc. support and will comply with such Federal law in all respects, and will not take any adverse action against individuals because of their sex, religious practices or beliefs, race, color, national origin, age or disability with respect to hiring, compensation, discharge or the terms, conditions or privileges of employment.

(3)  Frank Gillman Pontiac, Co. and Gillman, Inc. will not engage in any employment practices that have the effect of creating or tolerating a hostile environment for employees because of their sex, religious beliefs, religious practices, race, color, national origin, age or disability.  Frank Gillman Pontiac, Co. and Gillman, Inc. will promptly investigate any claims of unlawful harassment, and will take prompt and appropriate action in response to any well-founded claim.

(4)  Employees who believe they have been subjected to illegal employment discrimination can contact the Equal Employment Opportunity Commission ("EEOC") at 1919 Smith Street, Houston, TX 77002, (713) 209-3372.

SIGNED THIS _____ DAY OF _____, 2000.

_____

Signature of Representative of Frank Gillman Pontiac, Co. and Gillman, Inc.

_____

Printed Name and Title

**THIS NOTICE WILL REMAIN POSTED FOR ONE YEAR FROM THE DATE OF SIGNATURE.**

**Exhibit "A"**